No. 1000. BYRON ET AL., RESPONDENTS, *v.* GONZÁLEZ, APPEL-
LANT.—Appeal from the District Court of San Juan, Section
1. Motion of respondent to dismiss appeal. Decided June
24, 1913. Motion denied. *Mr. Emigdio S. Ginorio* for re-
spondents. *Messrs. H. H. Scoville* and *Enrique Rincón* for
appellant.

---

No. 799. ELZABURU, APPELLANT, *v.* CHAVES ET AL., RESPOND-
ENTS.—Appeal from the District Court of San Juan, Section
1. On appeal to the Supreme Court of the United States.
Motion of respondents for a reconsideration of the decision
of this court allowing an appeal to the Supreme Court of the
United States. Decided June 24, 1913. Motion overruled.
*Mr. Jacinto Texidor* for appellant. *Mr. Manuel F. Rossy*
for respondents.

---

No. 1003. MARTÍNEZ ET AL., RESPONDENTS, *v.* MUNICIPALITY
OF SAN JUAN, APPELLANT.—Appeal from the District Court
of San Juan, Section 1. Motion of respondents to dismiss
appeal. Decided June 26, 1913. Appeal dismissed for non-
compliance with section 299 of the Code of Civil Procedure
as amended by Act No. 70 of March 9, 1911. *Mr. Hugh R.
Francis* for respondents. *Mr. Ramón Falcón* for appellant.

---

No. 841. PÉREZ VILLAMIL ET AL., RESPONDENTS, *v.* ROMANO
ET AL, APPELLANTS.—Appeal from the District Court of San
Juan, section 1. Decided June 27, 1913. Judgment appealed
from denying a new trial affirmed. *Messrs. José de Guzmán
Benítez, Francisco de la Torre* and *José Martínez Dávila* for
respondents. *Messrs. Bosch & Soto* for appellants.